[No. 35189-7-II. Division Two. December 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL WAYNE VANCE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-00783-1, Daniel J. Berschauer, J. Pro Tem., entered August 3, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 35433-1-II. Division Two. December 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS W.S. RICHEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-00658-5, D. Gary Steiner, J., entered May 12, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 35901-4-II. Division Two. December 18, 2007.]

JOEL HAVLINA, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-00955-7, Anne Hirsch, J., entered January 26, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ. Now published at 142 Wn. App. 510.

[No. 25514-0-III. Division Three. December 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOYCE DARLENE BIBY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-04088-5, Neal Q. Rielly, J., entered August 29, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Stephens, J.